# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 17, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 16-10275   Samuel Breitling, et al v. LNV Corporation, et al
                           USDC No. 3:15-CV-703

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Melissa V. Mattingly, Deputy Clerk
                           504-310-7719

cc w/encl:
    Ms. JoAnn Stokes Breitling
    Mr. Samuel G. Breitling
    Mr. Marc Daniel Cabrera
    Mr. Clayton E. Devin
    Mr. Robert Thompson Mowrey
    Mr. Bryan Gerald Rutherford
    Mr. Jason Levi Sanders