# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 16-10275

_____

SAMUEL G. BREITLING; JOANN STOKES BREITLING

Plaintiffs - Appellants

v.

LNV CORPORATION; CODILIS & STAWIARSKI, P.C.,

Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas
USDC No. 3:15-CV-703

_____

Certified as a true copy and issued
as the mandate on **May 17, 2016**

Attest: *Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Before SMITH, PRADO, and COSTA, Circuit Judges.

PER CURIAM:

This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this foreclosure case, the plaintiffs filed a notice of appeal from multiple orders of the district court denying their motion to disqualify Judge Jane J. Boyle, denying their "Motion to Reconsider Motion to Vacate Judge Tillery's Void Order" and granting in part and denying in part their motion to amend their complaint.

16-10275

Federal appellate courts have jurisdiction over appeals from: (1) final orders, 28 U.S.C. § 1291; (2) orders that are deemed final due to jurisprudential exception or which can be properly certified as final pursuant to Federal Rule of Civil Procedure 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or which can be properly certified for appeal by the district court, 28 U.S.C. § 1292(b).  *See Dardar v. Lafourche Realty Co.*, 849 F.2d 955, 957 (5th Cir. 1988).  The district court's orders detailed above are not final or otherwise appealable orders.  Accordingly, we do not have jurisdiction over this appeal and it must be dismissed.  Any pending motions are denied as moot.

IT IS SO ORDERED.